IN THE UNITED STATES BANKRUPTCY COURT

IN AND FOR THE STATE OF CONNECTICUT

Petition Number: 23-30450

In re: Ronald Mitchell

on behalf of THE RONALD MITCHELL ESTATE

ELECT NOT TO HAVE BAP ON APPEAL

and

No Consent to a Magistrate

I come before the court to give notice that I do not wish to be before the "BANKRUPTCY APPELLATE PANEL" on appeal.

I elect not to have a Magistrate preside over our appeal, as the matters brought forth before this Court to be presented on appeal are complex and deals with facts and conclusions of law, which is more akin to an article 3 judge's determination as to their "JUDICIAL KNOWLEDGE".

It is my hope that this does not cause any inconvenience for the court, I am now reviewing the rules, to present to the court, any and all transcripts that I may be able to get from the clerk of the court if such is necessary and the other documents required under law and rules of the court as best I can understand, I asked for the courts patient, as I am not a student of law, nor am I burst in legal terminology, of which the rules of the court are written, so it may take a little

Case 23-30450  Doc 119  Filed 05/02/24  Entered 05/02/24 16:25:10  Page 2 of 4

more effort than usual progress in understanding, and thus I asked for the court's forgiveness in advance.

### Certification/Validation/Verification

The aforementioned affidavit as wholly accurate, based on firsthand knowledge and/or information either directly and/or by reference, and is reflective of the record of this particular instant matter. This presentment is witness by and before God as attested herein, under penalty if held otherwise. A copy of this presentment has been mailed out to all parties in accordance with the rules of the court via first-class mail or by other means of service as documented on the official record of the court, on or about this 2nd day of May 2024, so help me God!""

_Ronald-Benjamin:Mitchell, BENE_
Without prejudice UCC 1-308 All rights reserved, All rights retained.

_Deborah-Ann:Mitchell,BENE_
Without prejudice UCC 1-308 All rights reserved, All rights retained.

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

JURAT

STATE OF CONNECTICUT

COUNTY OF NEW HAVEN

On May 02, 2024, before me, NOOR NASERI  Notary, personally appeared Deborah Mitchell, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of Connecticut that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Notary Signature _____



NOOR NASERI
Notary Public, State of Connecticut
My Commission Expires Mar. 31, 2028

Ronald Benjamin Mitchell

Deborah Ann Mitchell

Case # 23-30450

# CERTIFICAT OF SERVICE

Certifies that on **May, 02 2024,** copies of the following documents served: Notice of Appeal, Election not to have BAP.

Were sent to the following induvial(s) listed below

**Parties Served Walked in :**

United States Bankruptcy Court

157 #18A  Church Street  New Haven, CT 06510

**Parties Served electronically:**

A Michelle Hart Ippoliti  michelle.ippoliti@mccalla.com

Linda St. Pierre  bankruptcyecfmail@mccalla.com

Linda.St.Pierre@mccalla.com;mccallaecf@ecf.courtdrive.com

mccallaecf@ecf.courtdrive.com

U.S. Trustee  USTPRegion02.NH.ECF@USDOJ.GOV

Roberta Napolitano  rnapolitano@ch13rn.com

Patrick Crook  pcrook@ch13rn.com

**Parties Served by Mail:**

Bank Of America, N.A.

P.O. Box 673033

Dallas, TX 75267-3033


JP Morgan Chase Bank, N.A.

Chase Bank USA, N.A.

c/o Robertson, Anschutz, Schneid,

Crane & Partners, PLLC

6409 Congress Ave. Suite 100