Official Form 417C (12/18)

MAY 20 2024 PM 1:59
FILED-USDC-CT-NEW HAVEN

*[This certification must be appended to your document if its length is calculated by maximum number of words or lines of text rather than number of pages.]*

## Certificate of Compliance with Type-Volume Limit, Typeface Requirements, and Type-Style Requirements

1. This document complies with [the type-volume limit of Fed. R. Bankr. P. *[insert Rule citation; e.g.,8015(a)(7)(B)*]] [the word limit of Fed. R. Bankr. P. *[insert Rule citation; e.g., 8013(f)(3)(A)]*] because, excluding the parts of the document exempted by Fed. R. Bankr. P. 8015(g) [and *[insert applicable Rule citation, if any]*]:

☑ this document contains 7901 words, **or**

☐ this brief uses a monospaced typeface and contains *[state the number of]* lines of text.

2. This document complies with the typeface requirements of Fed. R. Bankr. P. 8015(a)(5) and the type-style requirements of Fed. R. Bankr. P. 8015(a)(6) because:

☑ this document has been prepared in a proportionally spaced typeface using Microsoft Word for Mac OS Monterey 12.1 in *14 point Times New Roman* , **or**

☐ this brief has been prepared in a monospaced typeface using *[state name and version of word-processing program]* with *[state number of characters per inch and name of type style]*.

*Ronald-Benjamin: Mitchell. BENE w/o Prejudice UCC 1-308*
*Deborah-Ann: Mitchell. BENE w/o prejudice UCC 1-308*   Date: 05-20-2024
Signature

Print name of person signing certificate of compliance:

Ronald Mitchell, Deborah Ann Mitchell