MAY 20 2024 PM 1:59
FILED-USDC-CT-NEW HAVEN

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

Case No. 3:24 -cv-00818-OAW

In Re: Ronald Mitchell on behalf of the,

RONALD BENJAMIN MITCHELL ESTATE, et al
Appellate,

APPELLATE Disposition on issues "ADDENDUM"

**Disposition and Statement of issues:**

I am not familiar with the rituals of the court, but I must object to this "appearance" and or "appearing", before the court using legal terminology('s), as it implies submission/ing to the court's jurisdiction, as if such is mandatory. "Petitioning the court" acknowledges the court's jurisdiction under the First Amendment to the Constitution for the United States of America, "right to petition for redress of grievances", which in and of itself acknowledges the court has jurisdiction in line with the Constitution, mission accomplished.

I apologize to the court, but I do not wish to submit myself to involuntary and or voluntary servitude at this time in light of my experiences and the history behind submitting oneself to the authority of another, I do not wish to be an indentured servant.

I have elected not to be before the BAP or before a magistrate as is my right. Again, I should not have to notify the court that I wish to be before an Article III judge in their Article III capacity; this is an automatic guarantee, being before the BAP or magistrate or privileges I do not elect to exercise any privileges throughout these entire discourses.

I challenge the aforementioned presumptions of the court as being unconstitutional, biased, anti-impartial, and not helpful in the administration of justice or in the public perception of the court's fair and unbiased image. The presumption that a so-called creditor is deemed valid when they filed a claim, but I have to prove everything, and nothing I do is presumed other than submitting to the courts jurisdiction, and being reclassified as a juristic and/or legal person with a legal name? This is unfair, unequal and violates my right to due process of the law and not of presumption!

I am here exercising my unalienable right to petition for a redress of grievances, a right only a natural person possesses, as a legal fiction, persona fictio, juristic person cannot exercise. I hope this operates as a preponderance of evidence to the contrary as to the capacity in which I stand before this court?

I do not wish to be redefined by the court under its style manual, rules, procedures, practices, or policies.

This matter is not complicated. I am the maker of the promissory note. It was not my intent that my promissory note be construed as a "negotiable promissory note." This was a simple contract as indicated within the contract, one party promising to pay another party, the full question is not whether or not one has made payment, is whether or not the simple contract was intended to be a negotiable promissory note, which is the complete opposite of a "simple contract". A "Promissory Note" and a "NEGOTIABLE PROMISSORY NOTE" are not synonymous.

I demanded the original promissory note be placed on the record as it did not contain any order to pay or pay to the bearer language, when I signed it before the notary, it has been altered, and by such an alteration, invalidates the contract between the parties, my intent as expressed in the agreement and my continual understanding and disputing communications, is that it was just a promissory note evidencing a debt and not a negotiable instrument with transferability.

This nuance is significant because I have consistently claimed that the promissory note has been altered outside my presence, after the notarization of the instrument. The notary seal operates as a lock, impenetrable, and the only way to break the notary seal is to create a new instrument. However, Connecticut commercial law, found in the Connecticut General Statutes §

42a-3-407, defines alteration as an unauthorized change in an instrument that modifies the obligation of a party or an unauthorized addition of words, numbers, or other changes to an incomplete instrument relating to the obligation of a party. The effect of alterations on parties in Connecticut is as follows:

1. Fraudulent Alteration: If an alteration is fraudulently made, it discharges a party whose obligation is affected by the alteration unless that party assents to the alteration or is precluded from asserting the alteration defense.

2. Other Alterations: Any alteration that is not fraudulent does not discharge a party. The instrument may still be enforced according to its original terms or, in the case of an incomplete instrument altered by unauthorized completion, according to its terms as completed.

The issue before this court is whether the alteration, the adding of the endorsement "pay to the order... Without recourse," is a material alteration made for fraudulent purposes.

Question: Was it a material alteration? Answer: Yes!

How was it a material alteration? It converted the promissory note into a negotiable promissory note, which was not the original intent of the maker. The maker's intent was for the promissory note to remain a promissory note. The maker never knowingly or intentionally gave authorization to anyone to convert the note into a negotiable promissory note. The promissory note ceased to exist, and the negotiable promissory note was created as a result. The negotiable promissory note can only be negotiated by redeposited to infinity. This amounts to unjust enrichment, as financial institutions get to practice fractional reserve banking with all depositors' deposits. The Federal Reserve Act Title IV section 401 §18(6); section 16 §2, §4 states that it is to be held at par value, identifying the promissory note as having face value and that it can be at no time less than the total amount of Federal Reserve notes applied for. This means that the deposit operates as a capital gain for the financial institution, which constitutes fraud as there is a continual claim of an outstanding debt, that a party has not contributed payment. However, that is misleading in misrepresenting facts, as the financial institution proceeded to fractional reserve bank practice, and by doing so as a result of the deposit directly in this instant matter from the petitioner, created a benefit for itself

and never credited my account. Because this alteration appears to have been done in part for unjust enrichment, profit, or gain, resulting in injury or damage to person or property it qualifies as a material alteration and therefore, an evidentiary hearing was required, and the matter should be remanded back to the bankruptcy court to address this issue.

Because I have elected not to submit myself to the court's jurisdiction or challenged the practices and procedures of the court, which I believe violate my rights as a natural person, using legal terminology and word art to redefine who I am within the arena of the court, the court will likely ignore the request for stay despite the obvious due process issues that require a judicial determination on appeal.

**Final Issue: If the promissory note is, as defined in statute (59 STAT 237 §2), collateral and security and operates as a tender offer under the terms of the Federal Reserve Act and its regulations when accompanied by the application packet for US borrowers seeking advancement of Federal Reserve notes from the Board of Governors of the Federal Reserve System, [identified as FEDERAL RESERVE OPERATING CIRCULAR NUMBER 10 APPENDIX 3] then it must be counted as a deposit and must be included in the account history, which it has not been. We were entitled to an evidentiary hearing on this fact, but were told that this is theory. We rely on the law of the land, which includes the Federal Reserve Act and the Statutes at Large. The judicial officer's response that this was theory indicates extreme prejudice against our concerns and needs, and disregards the law and her duty under the presumed oath of office required as a judicial officer for the Bankruptcy Court via a congressional act. For such conduct, she has no immunity as our claim is that she acted in complete disregard and in clear absence of all jurisdiction. Due process requires an evidentiary hearing upon challenging the debt in Bankruptcy Court, as provided in Section 502 of the bankruptcy code. The officer understood our request because we clearly requested an evidentiary hearing, so there can be no claims of misunderstanding or that our presentment was unclear because we utilized 3 separate AI language models to review our petition to assure clarity.

If we continue to have our access to the court interfered with by the unconstitutional claim that our presentments are unintelligible, that we are lowlifes, or that we are not normal people, we must raise the issue of

discrimination based on race. Racism does not require a slur; it only requires partial treatment along with derogatory statements that are generalized and typically attributed to a particular group or segment of society. This judicial officer told us that we are not normal people because we do not simply accept what is being told to us, as fact, but the man such be supported by proof, the same that is demanded of us! I apologize to the court that I do not know my place, that I have questioned the judicial officer's conduct, and that I will not submit to the courts jurisdiction, as it is supposed to exercise its jurisdiction under constitutional safeguards. If any of this is wrong and if there is a law prohibiting my right to ask such questions and demand such proof, then please provide it, so that I can be educated on what the law is. If not, we ask that you order the stay to remain in effect and to rule on the merits of the appeal as presented, including the federal questions. We do not consent to a simple review of the record; that's not what the Constitution intended by redress. Redress implies an appeal. The Constitution included an appeal right of access when Congress stated that the judicial power shall be vested in the Supreme Court and in other inferior courts. If there was no appeal process, why would there be a need for inferior courts reference? If there wasn't an appeal process, why is it that the common law of the court borrows from that of England, where individuals had and have a right to appeal? It is only a presumption that there is no right to appeal in the Constitution, the seventh amendment speaks about having a matter overturned and/or re-examined i.e.: appealed.

For the foregoing reasons, Petitioner respectfully proffers that the judgment/order of the Bankruptcy Court should be reversed/vacated, and the case remanded for further proceedings as requested above.

### CERTIFICATION/VALIDATION/VERIFICATION:

The aforementioned is wholly accurate, attested, ascribed, declared, affirmed to be as indicated herein, witness by either firsthand knowledge and/or information, and before God as such under penalty if held otherwise. A copy of the foregoing is being mailed or has been mailed to all interested parties are parties of interest, in a manner prescribed by law, including but not limited to, electronic mail services such as the one engaged with the clerk

of the court, and/or by first class mail by United States Postal Service, on this, May 20, 2024

Respectfully presented,
Ronald Mitchell

*Ronald-Benjamin Mitchell.* BENE w/o prejudice UCC1-308
*Mitvoch-Ben: Mitchell.* BENE w/o prejudice UCC1-308

# JURAT

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of Connecticut
County of New Haven

On **May 20, 2024,** before me ___Rita Seddoh___ Notary Public, personally stood **Deborah Ann Mitchell** a natural person, who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that she executed the same in her authorized capacity, and that by her signature on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

**I certify under PENALTY OF PERJURY under the laws of the State of Connecticut that the foregoing paragraph is true and correct.**

_/s/ Deborah Ann Mitchell_

WITNESSED my hand and official seal.

Notary Signature _/s/ Rita Seddoh_    Expires on _____

RITA SEDDOH
Notary Public, State of Connecticut
My Commission Expires Jul 31, 2028

(Seal)

In Re: Ronald Mitchell on behalf of the,

RONALD BENJAMIN MITCHELL ESTATE, et al

Case # 3:24-cv-00818-OAW

# CERTIFICAT OF SERVICE

Certifies that on **May 20, 2024,** copies of the following documents served: Appellate Brief, Statement of Issues, Appellate Disposition on issues "Addendum"

Were sent to the following induvial(s) listed below

**Parties Served electronically, walked in or mailed by US postal service:**

McCalla Raymer Leibert Pierce, LLC

50 Weston Street

Hartford, CT 06120

Linda St. Pierre   bankruptcyecfmail@mccalla.com


U.S. Trustee Office

150 Court Street Rm. 302

New Haven, CT 06510-7016

USTPRegion02.NH.ECF@USDOJ.GOV


Chapter 13 Trustee

10 Columbus Blvd.

Hartford, CT 06106

Patrick Crook  pcrook@ch13rn.com


United States District Court of Connecticut

141 Church Street  New Haven, CT 06510