Official Form 417A (12/23)

MAY 20 2024 PM 1:58
FILED-USDC-CT-NEW HAVEN

[Caption as in Form 416A, 416B, or 416D, as appropriate]

# NOTICE OF APPEAL AND STATEMENT OF ELECTION

## Part 1: Identify the appellant(s)

1. Name(s) of appellant(s):
   Ronald Benjamin Mitchell, Deborah Ann Mitchell

2. Position of appellant(s) in the adversary proceeding or bankruptcy case that is the subject of this appeal:

   For appeals in an adversary proceeding.
   ☐ Plaintiff
   ☐ Defendant
   ☐ Other (describe) _____

   For appeals in a bankruptcy case and not in an adversary proceeding.
   ☒ Debtor
   ☐ Creditor
   ☐ Trustee
   ☐ Other (describe) _____

## Part 2: Identify the subject of this appeal

1. Describe the judgment—or the appealable order or decree—from which the appeal is taken:
   Dismissal of debtors Chapter 13 Bankruptcy

2. State the date on which the judgment—or the appealable order or decree—was entered:
   March 3, 2024

## Part 3: Identify the other parties to the appeal

List the names of all parties to the judgment—or the appealable order or decree—from which the appeal is taken and the names, addresses, and telephone numbers of their attorneys (attach additional pages if necessary):

1. Party: Wells Fargo Bank, N.A.   Attorney: Linda St. Pierre
   Mc Calla, Raymer, Leibert Pierce, LLC
   50 Weston Street
   Hartford, CT 06120   770-643-7200

2. Party: Office of the Chapter 13 Trustee   Attorney: Patrick Crook
   10 Columbus Blvd.
   Hartford, CT 06106
   860-278-9410

**In Re: Ronald Mitchell on behalf of the RONALD BENJAMIN MITCHELL ESTATE**

**Form 417A , added page**

**Continued Part #3 Identify parties to appeal**

Office of the Chapter 13 Trustee

10 Columbus Blvd.

Hartford, CT 06106

860-527-6185

Patrick Crook

pcrook@ch13rn.com

## Part 4: Optional election to have appeal heard by District Court (applicable only in certain districts)

If a Bankruptcy Appellate Panel is available in this judicial district, the Bankruptcy Appellate Panel will hear this appeal unless, pursuant to 28 U.S.C. § 158(c)(1), a party elects to have the appeal heard by the United States District Court. If an appellant filing this notice wishes to have the appeal heard by the United States District Court, check below. Do not check the box if the appellant wishes the Bankruptcy Appellate Panel to hear the appeal.

☑ Appellant(s) elect to have the appeal heard by the United States District Court rather than by the Bankruptcy Appellate Panel.

## Part 5: Sign below

*Grant P. Benjamin: Mitchell, BENE w/o Prejudice UCC 1-308*
*Deborah-Ana: Mitchell. BENE UCC1-308 All rights reserved* Date: 05/20/ 2024
Signature of attorney for appellant(s) (or appellant(s)
if not represented by an attorney)

Name, address, and telephone number of attorney
(or appellant(s) if not represented by an attorney):
290 Tuthill Street
West Haven, Connecticut [06516]
203-404-0576

Fee waiver notice: If appellant is a child support creditor or its representative and appellant has filed the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.

**[Note to inmate filers:** If you are an inmate filer in an institution and you seek the timing benefit of Fed. R. Bankr. P. 8002(c)(1), complete Director's Form 4170 (Declaration of Inmate Filing) and file that declaration along with the Notice of Appeal.]